United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-32715** |
| **LEON LAMAR COE,** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | |
| | § | |
| **LEON LAMAR COE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 26-3596** |
| | § | |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER DISMISSING CASE**

This Adversary Case was filed on August 3, 2026. The Court entered a Preliminary Pretrial Order (ECF No. 2). The Order required, "that not later than September 2, 2026, the Plaintiff (1) issue summons to any named defendant(s), (2) serve a summons on each named defendant(s) and (3) file the required proof of service of the summon(s) with the Clerk of the Court."[1] The Order also provided that [f]ailure to abide by this order may lead to sua sponte dismissal of this adversary proceeding."[2] Here, Plaintiff has failed to serve the summons on the defendant and failed to file the required proof of service. Thus, the Court will dismiss this Adversary Proceeding.

**THEREFORE, IT IS ORDERED** that this Adversary Proceeding is dismissed.

**FURTHER, IT IS ORDERED** that this Adversary Proceeding is closed.

SIGNED 10/09/2026

Jeffrey P. Norman

Jeffrey Norman
United States Bankruptcy Judge

[1] ECF No. 2
[2] *Id.*